# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON GRISBY, | Civil Action No. 15 – 176J |
| Plaintiff, | |
| v. | District Judge Kim R. Gibson |
| | Magistrate Judge Lisa Pupo Lenihan |
| ROBERT BAKOS, *Security Lieutenant,* | |
| Defendant. | |

## MEMORANDUM ORDER

Plaintiff Jason Grisby, an inmate at the State Correctional Institution Forest, initiated the instant prisoner civil rights action on June 21, 2015, and his Complaint was docketed on June 22, 2015. (ECF No. 6.) In accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court, all pretrial matters were referred to United States Magistrate Judge Lisa Pupo Lenihan.

Defendant Robert Bakos filed a Motion for Summary Judgment on February 19, 2016, (ECF No. 24), and on July 8, 2016, the Magistrate Judge issued a Report and Recommendation recommending that Defendant's Motion be granted, (ECF No. 44). The parties were served with the Report and Recommendation and informed that they had until July 8, 2016 to file written objections. Plaintiff requested additional time to file objections (ECF No. 45) and the deadline was thereafter extended to August 19, 2016, (ECF No. 46). However, as of today, no objections have been filed. Therefore, upon an independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, the following order is entered:

IT IS HEREBY ORDERED this 8th day of September, 2016, that Defendant's Motion for Summary Judgment (ECF No. 24) is granted.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 44) is adopted as the Opinion of this Court.

IT IS FURTHER ORDERED that the Clerk is to mark this case **CLOSED**.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Kim R. Gibson
United States District Judge

cc: Jason Grisby
KD-8463
SCI Forest
P.O. Box 945
Marienville, PA 16239